IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40222
Conference Calendar
_____

ANTHONY LINDON BETHEL,

Plaintiff-Appellant,

versus

JAMES A. LYNAUGH, TDC DIRECTOR,
Director of TDCJ-ID, Et Al.

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-224
- - - - - - - - - -
August 20, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Although Bethel's brief on appeal has no particular focus,
it is apparent that the only thing before the court is the
district court's denial of his motions under Rule 60(b).  Aucoin
v. K-Mart Apparel Fashion Corp., 943 F.2d 6, 8 (5th Cir. 1991).
Bethel, however, does not argue that the district court erred in
denying the Rule 60(b) motions.  Because Bethel does not address

_____

[*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

on appeal the issue regarding the district court's action in denying the Rule 60(b) motions, he has abandoned the only issue on appeal before this court.  Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

APPEAL DISMISSED.  5th Cir. R. 42.2.